

**Judge John Robert Blakey
Magistrate Judge Jeffrey Cole
RANDOM/CAT.4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | No. |
| GEOVANNY VERDUZCO HERRERA | Violations: Title 18, United States Code, Sections 922(a)(1)(A), 922(o), 922(k), and Title 21, United States Code, Section 841(a) |

## COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

Beginning in or around December 2023, and continuing until in or around May 2024, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

GEOVANNY VERDUZCO HERRERA,

defendant herein, not being a licensed importer, manufacturer, and dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## **COUNT TWO**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about January 24, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about February 16, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 8, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, a machinegun conversion device, also known as a "Glock switch," a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## **COUNT FIVE**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 8, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 29, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly possess a firearm, namely, a Glock 19 9mm pistol, from which the manufacturer's serial number had been removed, altered, and obliterated, which firearm had been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 922(k).

## **COUNT SEVEN**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 29, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about April 23, 2024, at Harvey, in the Northern District of Illinois, Eastern Division,

GEOVANNY VERDUZCO HERRERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY